**O2 MICRO INTERNATIONAL LTD. and O2 Micro Inc., Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee,**

and

Microsemi Corporation, Intervenor.

No. 2010–1482.

United States Court of Appeals, Federal Circuit.

Feb. 1, 2012.

## ORDER

O2 Micro International, Ltd. and O2 Micro, Inc. move to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss the appeal is granted.

(2) Each side shall bear its own costs.